■ In the Matter of Isaac Marshall, Petitioner, v Glenn S. Goord, as Commissioner of New York State Department of Correctional Services, Respondent. [711 NYS2d 925] —Proceeding

unanimously dismissed without costs as moot (*see, Matter of Free v Coombe*, 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Pigott, Jr., P. J., Pine, Wisner, Scudder and Lawton, JJ.